BARTHOLOMAY BREWERY COMPANY, Respondent, *v.* DEN-
NIS O'BRIEN et al., Defendants.

HUGH J. O'BRIEN, Appellant.

*Bartholomay Brewery Co.* v. *O'Brien,* 172 App. Div. 784, affirmed.
(Argued January 11, 1917; decided January 30, 1917.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the fourth judicial
department, entered May 3, 1916, which affirmed an
order of Special Term adjudging the appellant herein
and the defendants guilty of contempt of court for unlaw-
ful interference with the carrying out of the judgment of
the court. This action was brought for the foreclosure
of the plaintiff's lien upon a liquor tax certificate issued
in the name of the defendant Dennis O'Brien. At the
close of the trial the court announced its decision direct-
ing the foreclosure of the plaintiff's lien and directing the
delivery of the liquor tax certificate to a referee to sell to
satisfy that lien. After the decision was announced, and
before judgment could be entered the defendants under
the advice and direction of their attorney, the appellant,
procured the issuance to the defendant Carroll of a new
liquor tax certificate for the same premises. The liquor
tax certificate issued in the name of the defendant
O'Brien was thus rendered valueless, except for the rebate
of the tax, since it would be impossible for the purchaser
at the foreclosure sale to avail himself of his purchase by
transferring the certificate to other premises. The fol-
lowing question was certified: "Upon the facts disclosed
by the record, was the Special Term authorized to, and
justified in making the order adjudging the appellant
Hugh J. O'Brien guilty of civil contempt?"

*Hugh J. O'Brien* for appellant.

*Clarence P. Moser* for respondent.

Order affirmed, with costs, and question certified
answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK,
HOGAN, CARDOZO and POUND, JJ.